

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BNSF Railway Company, | § | No. 08-13-00268-CV |
| Appellant, | § | Appeal from the |
| v. | § | 34th District Court |
| Salvador L. Acosta, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2012-DCV01607) |
| | § | |

**O R D E R**

The Court GRANTS the Appellee's third motion for extension of time to file the brief until **March 10, 2014.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLEE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Thomas C. Hall, the Appellee's Attorney, prepare the Appellee's brief and forward the same to this Court on or before **March 10, 2014.**

IT IS SO ORDERED this 12th day of February, 2014.

PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.